Rev. 7/10/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date _8/21/07_ Judge _Fleissig_ Case No. _4:07-cr-184 ERW/AGF_

UNITED STATES OF AMERICA v. _Earnest, Mitchell, Collins, Clark, Griggs, and Jefferson_

Court Reporter _T. Hopwood_ Deputy Clerk _TRC_

Assistant United States Attorney(s) _Dean Hoag and James Delworth_

Attorney(s) for Defendant(s) _Grant Shostak (Earnest), Patrick Kilgore (Mitchell), Eric Butts (Collins) Eugene Howard (Clark), John Stobbs (Griggs), Bryan Johnson (Jefferson)_

Interpreter _____ ☐ SEALED PROCEEDING

**Proceedings:**

| | | |
|---|---|---|
| ☐ Initial Appearance | ☐ Detention Hearing | ☐ Revocation |
| ☐ Arraignment | ☐ Bond Review | ☐ Probation |
| ☐ Preliminary Examination | ☐ Bond Execution/Appearance Bond | ☐ Supervised Release |
| ☒ Motion Hearing | ☐ Material Witness | ☐ Competency |
| ☒ Evidentiary Hearing | ☐ Change of Plea/Sentencing | ☐ Pretrial/Status Conference |
| ☐ Oral Argument/Non Evidentiary Hearing | ☐ Rule 5(c)(3)Removal (Identity) | |

Parties present for hearing on _motions to suppress wiretap/electronic evidence. Δs Earnest & Clark granted waiver of all pretrial motions, Δs Mitchell & Collins granted withdrawal of motions to suppress wiretap/electronic evidence only. Oral argument/testimony proceeded as to Δs Griggs & Jefferson. Motions as to Δs Griggs & Jefferson taken under Submission._

☐ Oral Motion for appointment of counsel (GRANTED)    ☐ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $_____    ☐ Secured Appearance Bond  ☐ Secured by 10%

   ☐ Secured by cash **only**    ☐ Secured by property    ☐ Unsecured bond    ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for_____ @ _____

☐ Preliminary examination set for_____ @ _____

☐ Defendant arraigned    ☐ Waives reading of indictment/information    ☐ Matter taken under advisement

☐ Plea entered _____    Order on pretrial motions:  ☐ issued  ☐ to issue

☐ Oral Motion for Suppression _Δs - Earnest & Clark - all pretrial mtns_    ☐ Oral Motion for Extension of Time to File Pretrial Motions
☒ Defendant waives _Δs - Mitchell & Collins - Mtn to Suppress wiretap only_  ☒ order to issue _Δ's Earnest & Clark_  ☒ oral ruling _Δs Mitchell & Collins_

☐ Defendant waives evidentiary hearing    ☐ By leave of court withdraws all pretrial motions

Trial date/time _10/29/07 @ 8:30 am_    Before _ERW_

☒ Remanded to custody _Δs Mitchell, Griggs & Jefferson_   ☒ Released on bond _Δs Earnest, Clark & Collins_

Next hearing date/time _8/24/07 @ 9am_    Type of hearing _Pretrial/Evidentiary_  Before _AGF as to Δs Mitchell & Jefferson only_

Proceeding commenced _9:14am_    Proceeding concluded _11:06 am_    Continued to _____

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.