# United States District Court

_____ EASTERN _____ DISTRICT OF _____ MISSOURI _____

In the Matter of the Search of

4336 Margaret Ridge, Florissant, Missouri 63034, more fully described as a single family, two story residence of dark reddish-brown brick and light colored siding construction. The residence has an attached three car garage and the numerics "4336" are posted on the mailbox located at the street.

**SEARCH WARRANT**

**CASE NUMBER: 4:06MJ1076 (TIA)**

To:   Thomas Sawyer and any Authorized Officer of the United States:

Affidavit having been made before me by Task Force Officer Thomas Sawyer with the Drug Enforcement Administration, who has reason to believe that in the property known as 4336 Margaret Ridge, Florissant, Missouri 63034, more fully described as a single family, two story residence of dark reddish-brown brick and light colored siding construction. The residence has an attached three car garage and the numerics "4336" are posted on the mailbox located at the street,

in the ____ EASTERN ____ District of ____ MISSOURI ____ there is now concealed property, namely

see attached LIST.

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is now concealed in the property above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before September 8, 2006,

(not to exceed 10 days) the property named above for the property specified, serving this warrant and making the search in the daytime - 6:00 a.m. to 10:00 p.m., and if the property be found there to seize same, leaving copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to U.S. Magistrate Terry I. Adelman as required by law.

August 30, 2006   12:36 Pm
Date and Time Issued

at   St. Louis, Missouri
City and State

Terry I. Adelman, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## "List"

1. Cocaine;

2. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including, but not limited to, scales, baggies and spoons;

3. Books, records, receipts, notes, ledgers, computer hard-drives and disk records, and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances and/or firearms;

4. Telephone bills, invoices, packaging, cellular batteries and/or charging devices, cancelled checks or receipts for telephone purchase/service; cellular and/or landline telephones; digital and/or alphanumeric text (two-way) pagers; computers capable of e-mail and/or chat-room communication, answering machines; address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of sources of supply, of customers, and/or evidencing association with persons known to traffic in controlled substances or to facilitate such trafficking;.

5. Photographs, in particular photographs of co-conspirators, of assets, and/or of controlled substances;

6. United States Currency, precious metals, jewelry, and financial instruments, including, but not limited to, stocks and bonds, papers, titles, deeds and other documents reflecting ownership of vehicles and property utilized in the distribution of cocaine or which are proceeds from the distribution of cocaine;

7. Books, records, receipts, pay stubs, employment records, bank statements and records, money drafts, letters of credit, money order and cashier's checks receipts, passbooks, bank checks and other items evidencing the obtaining, secreting, transfer and/or concealment of assets and the obtaining, secreting, transfer, concealment and/or expenditure of money;

8. Papers, tickets, notes, schedules, receipts and other items relating to travel, including, but not limited to, travel to and from St. Louis, Missouri and elsewhere;

9. Indicia of occupancy, residency, rental and/or ownership of the vehicles and/or premises described above, including, but not limited to, utility and telephone bills, cancelled envelopes, rental or lease agreements and keys; and

10. Firearms and/or weapons.