# United States District Court

_____EASTERN_____ DISTRICT OF _____MISSOURI_____

In the Matter of the Search of

4336 Margaret Ridge, Florissant, Missouri 63034, more fully described as a single family, two story residence of dark reddish-brown brick and light colored siding construction. The residence has an attached three car garage and the numerics "4336" are posted on the mailbox located at the street.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 4:06MJ1076 (TIA)

I, Thomas Sawyer, being duly sworn depose and say:

I am a Task Force Officer with the Drug Enforcement Administration and have reason to believe that in the property known as 4336 Margaret Ridge, Florissant, Missouri 63034, more fully described as a single family, two story residence of dark reddish-brown brick and light colored siding construction. The residence has an attached three car garage and the numerics "4336" are posted on the mailbox located at the street,

in the _____EASTERN_____ District of _____MISSOURI_____ there is now concealed property, namely

see attached LIST, which is contraband, fruits of a crime, property that constitutes evidence of the commission of a criminal offense and property designed or intended for use as the means of committing a criminal offense,

concerning a violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The facts to support a finding of Probable Cause are as follows:

See attached AFFIDAVIT.

Continued on the attached sheet and made a part hereof.      X  Yes    No

Signature of Affiant
**THOMAS SAWYER**
Special Agent
Drug Enforcement Administration

Sworn to before me, and subscribed in my presence
August 30, 2006
Date

Terry I. Adelman, U.S. Magistrate Judge
Name and Title of Judicial Officer

at _St. Louis, Missouri_____
City and State

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Your Affiant, Thomas Sawyer, a Task Force Officer assigned to the Drug Enforcement Administration (DEA), United States Department of Justice, being duly sworn, states:

## I.   APPLYING OFFICER

1.    For the past 17 years, I have been a commissioned police officer employed by the Metropolitan Police Department, City of St. Louis. Approximately two years ago, I was assigned as a Task Force Officer with the DEA. Currently, as part of my assignment with the DEA, I work in conjunction with the St. Louis Police Department's Most Violent Offenders Program and Long Term Conspiracy Unit. I have received specialized training in identifying and investigating narcotics distribution enterprises and their related criminal activities, including money and asset laundering. I personally have participated in a number of such investigations. During my tenure with DEA, my primary investigative specialization has been in the area of urban cocaine and/or polydrug conspiracies.

2.    Presently, I am part of a team of experienced narcotics law enforcement agents/officers which has been investigating the criminal activities committed by Eric EARNEST, Sammy JEFFERSON and others. This team includes Special Agents and Task Force Officers of the DEA, detectives of the St. Louis Metropolitan Police Department and detectives of the St. Louis County Police

Department, with experience in investigations into controlled substance law enforcement.

## II.  **INTRODUCTION**

3.   This affidavit is submitted in support of an application for the issuance of two search warrants that are the primary residences of Eric EARNEST and Sammy JEFFERSON, respectively. EARNEST and JEFFERSON are the local cell leaders of the narcotic organization currently under investigation. The search warrants are for the following locations:

A.  **Target Location #1: 3608 Av De Paris Drive, Florissant, Missouri, 63034,** the residence of Eric EARNEST, more fully described as a single family, two story residence of light brown brick and beige colored siding construction. Brown colored window shutters adorn the front of the residence which also has a two car attached garage. The numerics "3608" are posted vertically on the brick housing of the mail box at the curb in front of the address. An inquiry into the electric and gas utilities for the address reveals the name of Earline EARNEST currently on the account. This subject is believed to be the wife of Eric EARNEST and is also the subscriber name on target telephone #1 of this investigation, which is utilized by Eric EARNEST. The telephone is subscribed to at this same address, **3608 Av De Paris Dr., Florissant, Missouri.** Your Affiant is cognizant from his training and experience that

narcotic traffickers oftentimes place assets in nominee names in an effort to thwart law enforcement detection. Law enforcement agents conducting surveillance have observed EARNEST at this residence with the last surveillance within the past ten days.

B. **Target Location #2: 4336 Margaret Ridge, Florissant, Missouri, 63034,** the residence of Sammy JEFFERSON, more fully described as a single family, two story, residence of dark reddish-brown brick and light colored siding construction. The residence has an attached three car garage and the numerics "4336" are posted on the mailbox located at the street. An inquiry into the gas utilities for the address reveals that Shakima BROWN is currently listed on the account files. BROWN is the paramour of Sammy JEFFERSON. The electrical utilities reveals both BROWN and Sammy JEFFERSON on the account files.

4. It is my opinion as an experienced trained narcotics investigator, there exists probable cause to believe that evidence will be found of violations of Title 21, U.S.C., Sections 841 and 846 (possession with intent to distribute/distribution of controlled substances, and/or conspiracy to do so). The controlled substance, which is the primary focus of this investigation, is cocaine. Based on information supplied by the confidential sources of information, as well as analysis of the information generated by court authorized wire interceptions, related surveillance and the

3

investigation to date, it is conservatively estimated that Eric EARNEST and Sammy JEFFERSON have supplied their narcotic underlings with multiple kilograms of cocaine. During the course of this investigation approximately 35 kilograms of cocaine, approximately 20 pounds of marijuana, one handgun, narcotic ledgers and $662,365 of drug derived currency have been seized. The target search warrant locations are the primary residences of EARNEST and JEFFERSON and facilitate the organization as being locations that narcotics, currency and weapons are stored. As well, cellular telephone bills are being mailed to the **3608 Av De Paris** address of Eric EARNEST and court authorized wire interceptions demonstrate that Sammy JEFFERSON keeps narcotic ledgers at the **4336 Margaret Ridge** address.

5. Since this affidavit is being submitted for the limited purpose of securing authorization for the acquisition of search warrants for the listed locations, I have set forth only the facts that I believe are a necessary foundation for the issuance of a search warrant for the listed/described location as outlined below:

## III. **HISTORY AND BACKGROUND INFORMATION**

6. Beginning in the spring of 2006, members of the investigative team began an investigation into the illicit activities of a group of subjects distributing large amounts of cocaine. Two such targets of the investigation are Eric EARNEST

4

and Sammy JEFFERSON, the local cell leaders of the organization. Since the on-set of the investigation eight separate confidential informants have provided information referencing the narcotic trafficking of the co-conspirators in the narcotic organization. Information as provided by these confidential sources and related investigation, led to court authorization to intercept the wire communications over several telephones, utilized by EARNEST and JEFFERSON.

### A.   Confidential Sources

7.   As outlined above, the investigating team utilized the services of eight confidential sources throughout the investigation.  For the purpose of brevity, only four of these informants will be outlined in the instance application, as their information encompasses information related to EARNEST and JEFFERSON and reflect the long term, large scale nature of their drug trafficking organization.  Moreover, only that information that is germane to EARNEST and JEFFERSON will be highlighted.

### B.   Confidential Source #1

8.   Confidential Source #1, hereinafter CS#1, has been cooperating with St. Louis Metropolitan Police detectives on and off for the past several years.  CS#1 is an admitted narcotics trafficker having been arrested and convicted for narcotic related crimes on numerous occasions.  The information provided by CS#1 has

5

been corroborated and believed to be reliable based upon law enforcement actions and pen register/air time summary analysis of telephones in the instant investigation.

9.   CS#1 has known Eric EARNEST since November 2004, at which time they began their narcotic relationship.  CS#1 has acted as a middleman, brokering cocaine sales for Eric EARNEST, as well as making purchases for himself/herself.  The minimum amount of cocaine that CS#1 can purchase from EARNEST is four and one half ounces.  CS#1, in the early part of 2006, informed law enforcement agents that the cost for this size purchase would normally be $2,500, however, increased law enforcement pressure resulting in arrests and seizures that had reduced the availability of cocaine. For this reason, EARNEST had recently been charging CS#1 $3,000 for four and one ounces of cocaine.   CS#1 has observed EARNEST consummate cocaine sales of one half kilogram amounts to unnamed customers.  CS#1 advised that when available, Eric EARNEST sells approximately 20 kilograms of cocaine a week. Based on conversations between CS#1 and EARNEST, CS#1 believes that EARNEST is being supplied with cocaine by Sammy JEFFERSON.

10.   On December 28, 2005, CS#1 was contacted by Eric EARNEST who wanted CS#1 to give EARNEST $7,000. According to EARNEST, one of his narcotic sources of supply was in town and EARNEST needed additional money to pay the source of supply.  EARNEST claimed to

6

already have approximately $70,000 on hand and needed additional currency.  CS#1 complied and met with EARNEST, giving him the money.  CS#1 reported that he/she then was able to observe EARNEST in possession of over $100,000 as part of his drug debt.  On the following day, December 29, 2005, EARNEST advised CS#1 that he had cocaine available for sale.

### C.  Confidential Source #2

11.  Confidential Source #2, hereinafter CS#2, has been cooperating with members of the investigative team since October of 2005.  CS#2 is an admitted narcotics trafficker.  CS#2 has provided information in independent, historical narcotic cases that have been corroborated by independent means and found to be accurate in all material respects.  At the present time, CS#2 is being held on bond for the federal charge of Possession with Intent to Distribute Cocaine Base and it is for this charge that he/she is attempting to lessen his/her culpability.

12.  CS#2 related the street or nicknames of subjects affiliated with the narcotic organization.  One such nickname was that of "Bey Bey," who CS#2 later identified by photograph as Sammy JEFFERSON.  According to CS#2, JEFFERSON would mix the cocaine he received with an adulterant in order to increase the weight of the cocaine before re-sale on the street.  According to CS#2, JEFFERSON sells his cocaine for $19,000 per kilogram, however many customers

complained because the diluted cocaine was difficult to convert into crack cocaine.

### D.    Confidential Source #3

13.    Confidential Source #3, hereinafter CS#3, has recently been convicted on a federal drug trafficking charge and received a sentence of probation. In late July and throughout August of 2004, CS#3 began cooperating with the government in an effort to lessen his/her culpability in that matter. This cooperation included lengthy proffer debriefings and pro-active efforts. CS#3 is an admitted narcotics trafficker who had one prior federal narcotics conviction aside from his/her recent conviction.

14.    CS#3 related two instances of narcotic trafficking involving Sammy JEFFERSON, whom CS#3 identified as "Bey Bey," one of which also involved Eric EARNEST, whom CS#3 identified as "Spook." These incidents occurred in the latter part of 2002.

15.    In the first instance, CS#3 was at a residence under the control of Deron GATLING, who has since been convicted on a federal drug conspiracy charge and is serving a federal sentence. The residence was one where large-scale cocaine deliveries would arrive and then quickly be dispersed. According to CS#3, Deron GATLING was present at the address along with Sammy JEFFERSON and other unidentified subjects. CS#3 estimated that approximately 50

kilograms of cocaine had arrived at the address which belonged to Deron GATLING.

16.    During the course of CS#3's stay at the address, he/she observed Sammy JEFFERSON utilize a cellular telephone to orchestrate several cocaine transactions.    JEFFERSON was said to procure the requested amount of cocaine, leave the residence and then deliver them before returning with the currency which was remanded to Deron GATLING.    CS#3 recalled that JEFFERSON had consummated transactions which totaled approximately three kilograms of cocaine in this same fashion.

17.    CS#3 continued that eventually he/she observed JEFFERSON receive a telephone call wherein a subject ordered one kilogram of cocaine.    In turn, JEFFERSON acquired the cocaine and walked outside the residence to meet the customer in a waiting vehicle. There, JEFFERSON met the customer whom CS#3 recognized as Eric EARNEST, a subject CS#3 is familiar with from numerous gambling ventures.    JEFFERSON remanded the kilogram of cocaine to EARNEST and received from EARNEST, an amount of currency that JEFFERSON gave to Deron GATLING.

18.    Following this, CS#3 related an instance wherein he/she was at JEFFERSON's residence in north St. Louis County.    JEFFERSON was present along with Deron GATLING, and other subjects unrelated to the instant investigation.    The subjects were awaiting the

9

arrival of 18 kilograms of cocaine from Chicago, Illinois, that was being transported by a subject CS#3 identified as "Pig," a Black Mafia Family courier.   Deron GATLING had supplied a vehicle outfitted with a non-factory hidden trap that was being used in the narcotic shipment.   Eventually, the "Pig" subject arrived in the vehicle and the cocaine was divided equally by CS#3, Deron Gatling and one of the subjects unrelated to this investigation.

**E.   Confidential Source #8**

19.   Confidential Source #8, hereinafter CS#8, has been utilized by FBI TFO Archie Shaw for the past four to five years. CS#8 is an admitted narcotic trafficker.   CS#8 has provided intelligence information that has been corroborated by other means. In addition, CS#8 provided information that led to the issuance of a state level search warrant.   Upon execution of the warrant, one subject was arrested following the seizure of cocaine, currency and weapons.   Warrants were issued in the case and the subject was subsequently convicted of Trafficking in Drugs 2nd Degree and Felon in Possession of a Firearm.

20.   During the spring of 2006, CS#8 directed TFO Shaw to Eric EARNEST's target address of **3608 Av De Paris, Florissant, Missouri.** CS#8 physically pointed the address out to TFO Shaw and advised that EARNEST was a multiple kilogram cocaine dealer. As well, CS#8 advised that he/she had been inside the residence during this time

10

frame and had personally observed EARNEST counting a large amount of drug derived currency inside **3608 Av De Paris.**

## IV.  CURRENT INVESTIGATION

21.  On May 9, 2006, the Honorable E. Richard Webber, United States District Court, Eastern District of Missouri, entered an order authorizing the interception of wire communications to and from cellular telephone (314) 565-8266 (target telephone #1). This telephone is subscribed to Earline Earnest, **3608 Av De Paris Drive, Florissant, Missouri** and utilized by Eric EARNEST (Court File 4:06MC00268ERW).    Monitoring began on May 10, 2006 and the interception is ongoing as outlined below.

22.  On June 7, 2006, 2006, the Honorable Stephen N. Limbaugh, United States District Court, Eastern District of Missouri, entered an order authorizing the continued interception of wire communications to and from cellular telephone (314) 565-8266 (target telephone #1), utilized by Eric EARNEST and the initial interception of wire communications to and from cellular telephone (314) 920-2352 (target telephone #3), utilized by Sammy JEFFERSON (Court File 4:06MC00268ERW).  These telephones are subscribed to Earline Earnest, **3608 Av De Paris Drive, Florissant, Missouri,** and Antwain ELLIOTT, 5942 McArthur, St. Louis, Missouri, respectively. Monitoring continued relative to target telephone #1 and began with

11

reference to target telephone #3 on this same date as outlined below.

23. On July 10, 2006, the Honorable E. Richard Webber, United States District Court, Eastern District of Missouri, entered an order authorizing the continued interception of wire communications to and from cellular telephones (314) 565-8266 (target telephone #1), utilized by Eric EARNEST and (314) 920-2352 (target telephone #3). These telephones are subscribed to Earline Earnest, **3608 Av De Paris Drive, Florissant, Missouri,** and Antwain ELLIOTT, 5942 McArthur, St. Louis, Missouri, respectively. In addition, the order included the initial interception of wire communications to and from cellular telephone (310) 357-8222 (target telephone #4), being utilized by Sammy JEFFERSON (Court File 4:06MC00268ERW). This telephone is subscribed to by Sammy JOHNSON, 3530 Juanita St., St. Louis, Missouri. Monitoring of the telephones continued from that date on as outlined below.

24. On August 8, 2006, the Honorable Stephen N. Limbaugh, United States District Court, Eastern District of Missouri, entered an order authorizing the continued interception of wire communications to and from cellular telephone (314) 565-8266 (target telephone #1), utilized by Eric EARNEST, the continued interception of wire communications to and from cellular telephone (314) 920-2352 (target telephone #4), utilized by Sammy JEFFERSON,

12

and the initial interception of wire communications to and from cellular telephone (314) 398-7692 (target telephone #5), utilized by Eric EARNEST (Court File 4:06MC00268). These telephones are subscribed to Earline Earnest, **3608 Av De Paris Drive, Florissant, Missouri**; Antwain ELLIOTT, 5942 McArthur, St. Louis, Missouri; and Sam JOHNSON 6135 Alaska, St. Louis, Missouri, respectively.

25. As a result of the monitoring of the above telephones, related surveillance and informant information the following seizures have been made:

26. **Ten kilogram cocaine seizure:** Pursuant to a series of wire interceptions between Eric EARNEST, utilizing target telephone #1 and Spencer MITCHELL, concerning a cocaine transaction, surveillance was initiated in the morning of June 13, 2006. Eric EARNEST and Sammy JEFFERSON were observed meeting with Spencer MITCHELL on a Motel 6 parking lot. EARNEST opened the trunk of JEFFERSON's vehicle and retrieved a suit case that he remanded to Spencer MITCHELL. In turn, MITCHELL placed the suit case in the trunk of his vehicle and left the area. A mobile surveillance ensued and MITCHELL's vehicle, while under constant surveillance, was subsequently detained by uniformed officers. MITCHELL granted consent to search the vehicle and the mentioned suit case was found to contain approximately 10 kilograms of cocaine. MITCHELL was charged accordingly in the incident.

13

27. **Marijuana, weapon and currency seizure:**   On July 28, 2006, in an unrelated incident, the Fairview Heights, Illinois, DEA office developed information relative to the narcotic activities occurring at 509 Cherry, Webster Groves, Missouri.  Unbeknownst to the investigators, the residence was that of a "safe house" being utilized by members of the St. Louis, Missouri, conspiracy being investigated by this command.   The Fairview Heights, Illinois, investigative team received written consent to search the residence and seized approximately 20 pounds of marijuana, a handgun, narcotic ledgers and $662,365 dollars in drug derived currency.

28. **Ten kilogram cocaine seizure:**   Following the above seizure, the St. Louis, Missouri and Fairview Heights, Illinois, investigative teams worked in concert utilizing a Fairview Heights informant. On August 12, 2006, the informant was directed by Eric EARNEST's Mexican source of supply, Alex, to meet with another Illinois source of supply in order to acquire 10 kilograms of cocaine for the St. Louis organization.   Telephone calls surrounding this incident were taped recorded as evidence.   Under the eye of surveillance, the informant met with a subject in Fairview Heights and he/she acquired the cocaine from a subject identified only as "Pete."  Following the meeting, the informant remained under constant surveillance until he/she met with and remanded the cocaine to the investigators.

14

29.   **Fifteen kilogram cocaine seizure:** On August 14, 2006, Eric EARNEST's Mexican source of narcotic supply, Alex, directed the Fairview Heights informant to meet a subject at a Holiday Inn Hotel in St. Louis, Missouri, in order to take custody of a vehicle containing cocaine.  The cocaine was to be distributed to a member of the St. Louis organization.  The calls surrounding these arrangements were recorded.  Under surveillance, the informant arrived at the hotel and met with the subject who was identified at that time only as "Shorty."  The informant took custody of a Chevrolet Avalanche truck with Arkansas state license plates.  The informant drove away from the hotel under constant surveillance until he/she met with investigators and turned the vehicle over to their custody.  A subsequent search of the vehicle revealed 15 kilograms of cocaine secreted in a hidden compartment on the rear passenger side panel of the truck.  Investigators returned to the hotel and arrested Jose Luis ESPINOSA-CASTILLO, for Conspiracy to Distribute Cocaine.  This subject was the lone occupant of the hotel room and the subject the informant acquired the keys to the Avalanche from.

30.   The following court authorized wire interceptions and related surveillance demonstrate that Eric EARNEST utilizes the target address of **3608 Av De Paris, Florissant, Missouri,** to facilitate his drug trafficking activities:

15

31.  **Interception #1985** occurred on May 19, 2006, at approximately 12:16 p.m., and was captured over target telephone #1, utilized by Eric EARNEST.  An unidentified subject advised EARNEST that he wanted an amount of marijuana.  EARNEST agreed to the sale and discussed pricing stating "you know what I told you first, dollar for dollar, you know fifty  more."  During the conversation, EARNEST advised that he was at home and the subject advised that he was nearby. [**Affiant's note:** On several occasions when EARNEST makes reference, as in this interception, that he is "at home," surveillance has observed him and/or his vehicles at the target address of **3608 Av De Paris**.  The interception indicates that EARNEST is storing marijuana at the address.]

32.  **Interception #2685:** occurred on May 21, 2006, at approximately 2:24 p.m., and was captured over target telephone #1, utilized by Eric EARNEST.  Sammy JEFFERSON inquired of Eric EARNEST, "How much money you got over there" (EARNEST's residence) and EARNEST replied, "About a 'G'" ($1,000). [**Affiant's note:** Cellular telephone tower site information demonstrated that the audio portion from the call of EARNEST's target telephone #1 was utilizing the cellular tower located on Old Halls Ferry Rd., the closest cellular tower to EARNEST's residence.  This is the same cellular tower that the telephone utilizes whenever he is physically located at his residence of **3608 AV De Paris**.]

16

33. **Interception #20660:** occurred on July 26, 2006, at approximately 9:23 p.m., and was captured over target telephone #1, utilized by Eric EARNEST. EARNEST is involved in a conversation with one unidentified subject and then received a call waiting call from another unidentified subject. EARNEST inquired of the second subject, "Where you need me to be" and the subject answered, "Same place as the last time...give me a call when you're out in that area." EARNEST resumed his conversation with the original caller, however, could overheard in a low tone counting to the effect, "let's see 20, 50, then one." [**Affiant's note:** See the following related interception for additional information.]

34. **Interception #20671:** occurred on July 26, 2006, at approximately 9:49 p.m., and was captured over target telephone #1, utilized by Eric EARNEST. EARNEST is speaking to Sammy JEFFERSON and states, "Man, I messed that thing up." JEFFERSON inquired, "You messed what" and EARNEST responded, "In the count." [**Affiant's note:** In the preceding interception, EARNEST is overheard in cryptic terms about a meet spot with an unidentified subject. He is then overheard counting what is believed to be money. In this interception, EARNEST comes out and states to his narcotic partner JEFFERSON, that he messed up the count. The cellular telephone cell sites of both of these interceptions placed EARNEST at his

17

residence, **3608 Av De Paris**, during the two related currency conversations.]

35.  Because target cellular telephone #1, 314-565-8266, which the investigation has revealed is utilized by Eric EARNEST, is billed to at the address of **3608 Av De Paris, Florissant, Missouri**, it is likely that those and other bills and financial statements are at this address. As Eric EARNEST is the one of the cell heads of the narcotic enterprise, contraband in the form of narcotics, currency, and narcotic ledgers may be located inside the residence. It is also likely that within the residence are indicia of property ownership, records of narcotics transactions, and contact numbers to facilitate communications between members of the narcotic organization.

36.  The following court authorized wire interceptions and related surveillance demonstrate that Sammy JEFFERSON utilizes the target address of **4336 Margaret Ridge, Florissant, Missouri**, to further the needs of the narcotic organization:

37.  **Interception #780:** occurred on June 10, 2006, at approximately 11:14 p.m., ans was captured over target telephone #4, utilized by Sammy JEFFERSON. JEFFERSON, while away from the residence, contacts his paramour Shakima BROWN at their residence located at **4336 Margaret Ridge, Florissant, Missouri**. JEFFERSON advises, "Hey go look in on the car seat...there's a book bag...get

18

the skinniest one (amount of narcotics/money stack) and put it in there where you be putting that food in the backyard...there should be one fat one and one skinny one." BROWN retrieved the item and stated, "I only see one" and JEFFERSON states, "There ain't no one, there's two." BROWN finds both items and states, "Oh okay" and JEFFERSON advises, "Put it in the grill." [**Affiant's note:** Based upon the training and experience of the investigative team and the cryptic tone of this interception it is believed that JEFFERSON is advising his paramour to secrete an amount of narcotics or drug derived currency in the backyard of the target residence of **4336 Margaret Ridge, Florissant, Missouri**. When JEFFERSON states to put it where you put that food at the back yard and later states, "put it in the grill," it is obvious, although coded, that JEFFERSON is directing BROWN to secrete the item(s) in the backyard barbeque pit for pick up by another subject. This interception occurred at a time frame that JEFFERSON and EARNEST had been re-supplied with narcotics and were in the process of distributing them and collecting the illicit currency from their sale. See the outlined surveillance on this date, later in this affidavit, for particulars on the illicit activities on that date.]

38. **Interception #1513:** occurred on June 12, 2006, at approximately 10:39 p.m., ans was captured over target telephone #4, utilized by Sammy JEFFERSON. Eric EARNEST called JEFFERSON and

19

advised that he was outside JEFFERSON's address located at **4336 Margaret Ridge, Florissant, Missouri.** It should be noted that earlier on this date, a friend of both JEFFERSON and EARNEST had been involved in a shooting incident. JEFFERSON advised EARNEST to open the door and he will tell him what to do. EARNEST complies and JEFFERSON advises to "Go in the room and go on (my) side of the bed by the window." EARNEST does as directed and states, "You must have an Uzi or a Mac 10 underneath this bed." JEFFERSON responds, "You already know, go on my side and look up under the bed though." [**Affiant's note**: JEFFERSON is directing EARNEST to retrieve a firearm from within his residence located at **4336 Margaret Ridge, Florissant, Missouri.** As stated, there had been an earlier shooting incident on this date and numerous other wire interceptions have revealed that Sammy JEFFERSON always carries a pistol when engaged in his illicit activities.]

39. **Interception #5743:** occurred on June 30, 2006, at approximately 4:26 p.m., ans was captured over target telephone #4, utilized by Sammy JEFFERSON. JEFFERSON is overheard discussing the drug debt of an unidentified subject and states, "On that 700...yeah you gave me that buck in the club and we were still at seven." The subjects appear to disagree and JEFFERSON advises, "I write everything down. I'm going home, I'm gonna look at it, I'm on my way home (**4336 Margaret Ridge, Florissant, Missouri**) now.