Rev. 9/13/07

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

Date **9-18-07** Judge **Buckles** Case No. **S1-4:07CR184ERW**

UNITED STATES OF AMERICA v. **Eric Earnest**

Court Reporter **FTR Gold / jmw** Deputy Clerk **J.M. Webb**

Assistant United States Attorney(s) **Dean Hoag / James Delworth**

Attorney(s) for Defendant(s) **Burton Shostak**

Interpreter _____  ☐ SEALED PROCEEDING

**Proceedings:**

- [ ] Initial Appearance
- [ ] Arraignment
- [ ] Preliminary Examination
- [ ] Motion Hearing
  - [ ] Evidentiary Hearing
  - [x] Oral Argument/Non Evidentiary Hearing

- [ ] Detention Hearing
- [ ] Bond Review
- [ ] Bond Execution/Appearance Bond
- [ ] In Court Hrg (WAIVER OF MOTIONS)
- [ ] Change of Plea/Sentencing
- [ ] Rule 5(c)(3)Removal (Identity)

- [ ] Revocation
- [ ] Probation
- [ ] Supervised Release
- [ ] Competency
- [ ] Pretrial/Status Conference
- [ ] Material Witness

Parties present for hearing (conditions of release). Hearing held. Issues heard. Judge ordered that the defendant provide documentation with respect to earnings, expenses, and receipts regarding his travel to the pretrial services office, and that any further request to travel should be made at least 7 days in advance. Defendant is to remain on bond.

- [ ] Oral Motion for appointment of counsel (GRANTED)   ☐ Defendant is advised of rights/indicates understanding of those rights.
- [ ] Bail/Bond set in the amount of: $ _____   ☐ Secured Appearance Bond ☐ Secured by 10%
  ☐ Secured by cash only   ☐ Secured by property   ☐ Unsecured bond   ☐ O/R bond
- [ ] Government filed motion for pretrial detention. Detention hearing scheduled for _____ @ _____
- [ ] Preliminary examination set for _____ @ _____

☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement

- [ ] Plea entered _____   Order on pretrial motions: ☐ issued ☐ to issue
  - [ ] Oral Motion for Suppression   ☐ Oral Motion for Extension of Time to File Pretrial Motions
- [ ] Defendant waives _____   ☐ order to issue   ☐ oral ruling
- [ ] Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time _____   Before _____

[ ] Remanded to custody   [x] Released on bond

Next hearing date/time _____ Type of hearing _____ Before _____
Proceeding commenced **9:24 A.M.** Proceeding concluded **9:41 A.M.** Continued to _____

- [ ] Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.