**UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **No.: 4:07CR184-ERW (FRB)** |
| | ) | |
| **ERIC EARNEST, et al.**, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION OF DEFENDANT EARNEST TO BE PERMITTED TO VOLUNTARILY SURRENDER HIMSELF AFTER PLEA

COMES NOW Eric Earnest, Defendant above-named, and as grounds herefore shows to the Court as follows:

1.      Defendant has been on bond since the approximate time of his arrest.

2.      During the time he has been on bond, Defendant has been permitted to travel outside of the State of Missouri on several occasions, the last being last week when he was allowed to go to Los Angeles, California for a week.  Each time that he has been allowed to travel, he has always complied with his Order of Travel and has always returned when he was supposed to.

3.      Defendant has made the above trips, with the exception of the last one, for business reasons, namely the promotions of shows.  In that regard, guidelines have been set as to what Defendant has to do before being allowed to travel for the purposes of negotiating for and putting on a promotion.

4.      At present, Defendant is scheduled to promote a performance on November 22, 2007.  The show is to be in Cleveland, Ohio.  He would surrender himself to the United States Marshall upon immediate return from Cleveland, Ohio.

5.      His being allowed to attend to business until his immediate return from the show is vital to financial aid of his wife and two minor children.

WHEREFORE, Defendant prays the Court allow him to voluntarily surrender himself after plea of guilty on Wednesday, November 28, 2007.

/s/Burton H. Shostak_____
Burton H. Shostak, MB#17443
Shostak & Shostak, LLC
8015 Forsyth Boulevard
St. Louis, MO 63105
Telephone: (314) 725-3200
Facsimile: (314) 725-3275

Attorneys for Defendant
Eric Earnest

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system upon the following:

**Paul G. Belew**
pbelew@hotmail.com

**Eric W. Butts**
ewbtts@sbcglobal.net

**Craig J. Concannon**
cjc@concannonlaw.com

**James C. Delworth**
james.delworth@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Steven C. Edelman**
sedelman@edelmanlaw.com scelaw@aol.com

**St. Louis Fed Public Defender**
julie_mueller@fd.org

**J. Christian Goeke**
jcgoeke@gabrielmail.com

**Shawn A. Goulet**
goulets4@sbcglobal.net

**Dean R. Hoag**
dean.hoag@usdoj.gov nicole.kreke@usdoj.gov;usamoe.crimdock@usdoj.gov

**Eugene O. Howard**
ehowardlaw@earthlink.net

**Bryan S. Johnson**
brysjohn@yahoo.com brysjohn@excite.com

**Ellen M. Kelly**
ellenmkelly@charter.net

**Patrick S. Kilgore**
patrick@fergusonkilgorelaw.com

**Carter Collins Law**
ccledmo@SchrienerLaw.com

**Lucille G. Liggett**
lucy_liggett@fd.org moe_ecf@fd.org

**Theodore E. Liszewski**
liszewski1@hotmail.com

**John D. Stobbs, II**
stobbsjohn@hotmail.com

**Stephen R. Welby**
stephenwelby@sbcglobal.net kristyridings@sbcglobal.net

/s/Burton H. Shostak_____